MAYER, BROWN, ROWE & MAW LLP
Lee H. Rubin (SBN 141331)
Shirish Gupta (SBN 205584)
Two Palo Alto Square, Suite 300
Palo Alto, California 94306
Telephone:     (650) 331-2000
Facsimile:     (650) 331-2060
sgupta@mayerbrownrowe.com

Attorneys for Defendant Refco F/X

Associates, LLC

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA—OAKLAND DIVISION

| | |
|---|---|
| Michael Edward Ross,<br><br>           Plaintiff<br><br>v.<br><br>Refco F/X Associates, LLC,<br><br>           Defendant | Case No. C 05-01339 CW<br><br>**ORDER GRANTING IN PART STIPULATION TO VACATE THE ORDER SETTING THE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**Hon. Claudia Wilken**<br><br>**CMC: August 12, 2005** |

Whereas, Plaintiff Michael Edward Ross ("Plaintiff") filed a Complaint in the above captioned matter on April 1, 2005; and,

Whereas, defendant Refco F/X Associates, LLC ("Refco") has waived service of the summons in response to a June 28, 2005, request under Fed. R. Civ. P. 4(d), with the consequence that Refco has through August 29, 2005 to serve its response to the Complaint; and,

Whereas, upon the filing of the Complaint, the Court entered an Order Setting the Initial Case Management Conference.  The CMC is currently set for August 12, 2005, two weeks before Refco is required to respond to the Complaint; and,

Whereas, the Complaint includes claims for fraud under the federal securities laws, which are governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and,

Whereas, Refco anticipates filing a Motion to Dismiss that will trigger the PSLRA's mandatory discovery stay.  *See* Securities Exchange Act of 1934 § 21D(b)(3)(B),

Therefore, the parties hereby stipulate that the Court should vacate the dates set forth in its Order setting the Initial CMC and refrain from resetting the dates until after the resolution of Defendant's anticipated Motion to Dismiss.


Dated:  July 21, 2005             /s/ Michael Edward Ross
                                  Pro Se Plaintiff Michael Edward Ross



Dated:  July 21, 2005             MAYER, BROWN, ROWE & MAW LLP


                                  By: /s/ Shirish Gupta
                                      Shirish Gupta
                                  Attorneys for Defendant Refco F/X Associates, LLC

*Filer's Attestation:  Pursuant to General Order No. 45, Section X(B), Shirish Gupta hereby attests that the signatory's concurrence in the filing of this document has been obtained.*

## **ORDER**

PURSUANT TO STIPULATION, the Order Setting the Initial Case Management Conference, including all dates set forth therein, is hereby vacated. The Case Management Conference is continued to October 7, 2005, at 10:00 a.m. Any motion to dismiss shall also be noticed for October 7, 2005.


Dated: July 22, 2005                              /s/ CLAUDIA WILKEN
                                                  _____
                                                  Hon. Judge Claudia Wilken
                                                  United States District Court Judge