MAYER, BROWN, ROWE & MAW LLP
Lee H. Rubin (SBN 141331)
Shirish Gupta (SBN 205584)
Two Palo Alto Square, Suite 300
Palo Alto, California 94306
Telephone:   (650) 331-2000
Facsimile:    (650) 331-2060
sgupta@mayerbrownrowe.com

Attorneys for Defendant Refco F/X
Associates, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—OAKLAND DIVISION

| | |
|---|---|
| Michael Edward Ross,<br><br>          Plaintiff<br><br>v.<br><br>Refco F/X Associates, LLC,<br><br>          Defendant | Case No. C 05-01339 CW<br><br>**STIPULATION AND ORDER TO CONTINUE THE HEARING ON DEFENDANT'S MOTION TO DISMISS & CMC**<br><br>**Hon. Claudia Wilken**<br><br>**CMC:  October 7, 2005** |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE MOTION TO DISMISS HEARING;
CASE NO.: C 05-01339 CW

1  The parties in the above captioned matter recently met and conferred to discuss the
2  allegations in the Complaint.  Pursuant to those discussions, Plaintiff Michael Edward Ross
3  ("Plaintiff") has agreed to withdraw certain claims.  In addition, Plaintiff intends to add new
4  claims.  The deadline, however, for Defendant Refco F/X Associates, LLC ("Refco") to file a
5  responsive pleading to the existing Complaint is fast approaching –August 29, 2005.

6  Therefore, in order to avoid motion practice on a complaint that is soon to be superceded,
7  the parties hereby stipulate that Plaintiff may have through September 2, 2005 to file his amended
8  complaint.  Defendant may have through October 14, 2005, to serve its response to the amended
9  complaint, and it is to schedule any motion to dismiss to be heard on November 18, 2005 at
10 10:00 A.M.  The parties agree that the Case Management Conference should also be continued to
11 November 18, 2005.

12
13 Dated:  August 22, 2005          /s/ Michael Edward Ross
                                    Pro Se Plaintiff Michael Edward Ross
14
15
16 Dated:  August 22, 2005          MAYER, BROWN, ROWE & MAW LLP

17                                  By: /s/ Shirish Gupta
                                        Shirish Gupta
18                                  Attorneys for Defendant Refco F/X Associates, LLC

19 *Filer's Attestation:  Pursuant to General Order No. 45, Section X(B), Shirish Gupta hereby*
20 *attests that the signatory's concurrence in the filing of this document has been obtained.*

21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE MOTION TO DISMISS HEARING;
CASE NO.: C 05-01339 CW

1 **ORDER**

2 PURSUANT TO STIPULATION, any amended complaint shall be filed by

3 September 2, 2005.  Defendant may have through October 14, 2005, to serve its response to the

4 amended complaint, and it is to notice any motion to dismiss for November 18, 2005 at

5 10:00 A.M.  The Case Management Conference is also continued to November 18, 2005.

Dated:  ___August 30, 2005            /s/ CLAUDIA WILKEN
_____
Hon. Judge Claudia Wilken
United States District Court Judge

-2-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE MOTION TO DISMISS HEARING;
CASE NO.: C 05-01339 CW